# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

|  |  |
|---|---|
|  | MAY 2019 GRAND JURY<br>(Impaneled May 3, 2019) |
| THE UNITED STATES OF AMERICA | INDICTMENT |
| *-vs-* | Violations: |
| STEVEN GASIOREK | Title 18, United States Code,<br>Sections 2251(a), 2252A(a)(2)(A), and 2422(b)<br>(18 Counts and Forfeiture Allegation) |

### COUNT 1
### (Production of Child Pornography)

**The Grand Jury Charges That:**

On or about February 21, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, that is, Victim 1, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and which visual depiction was and would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; which visual depiction was and would be actually transported and transmitted using any means and facility of interstate and foreign commerce; and which

visual depiction was and would be actually transported and transmitted in and affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 2
### (Enticement of a Minor)

**The Grand Jury Further Charges That:**

On or about February 21, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, using facilities and means of interstate and foreign commerce, that is, a laptop computer and the internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, Victim 1, a person known to the Grand Jury, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 3
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 21, 2019, in the Western District of New York, the defendant, **STEVEN GASIOREK**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of Victim 1, a person known to the Grand Jury, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 4
### (Production of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 24, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, that is, Victim 2, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and which visual depiction was and would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; which visual depiction was and would be actually transported and transmitted using any means and facility of interstate and foreign commerce; and which visual depiction was and would be actually transported and transmitted in and affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 5
### (Enticement of a Minor)

**The Grand Jury Further Charges That:**

On or about February 24, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, using facilities and means of interstate and foreign

commerce, that is, a laptop computer and the internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, Victim 2, a person known to the Grand Jury, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 6
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 24, 2019, in the Western District of New York, the defendant, **STEVEN GASIOREK**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of Victim 2, a person known to the Grand Jury, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 7
### (Production of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 18, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, that is, Victim 3, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of

4

producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and which visual depiction was and would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; which visual depiction was and would be actually transported and transmitted using any means and facility of interstate and foreign commerce; and which visual depiction was and would be actually transported and transmitted in and affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 8
### (Enticement of a Minor)

The Grand Jury Further Charges That:

On or about February 18, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, using facilities and means of interstate and foreign commerce, that is, a laptop computer and the internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, Victim 3, a person known to the Grand Jury, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 9
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 18, 2019, in the Western District of New York, the defendant, **STEVEN GASIOREK**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of Victim 3, a person known to the Grand Jury, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 10
### (Production of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 19, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, that is, Victim 4, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and which visual depiction was and would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer; which visual depiction was and would be actually transported and transmitted using any means and facility of interstate and foreign commerce; and which visual depiction was and would be actually transported and transmitted in and affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 11
### (Enticement of a Minor)

**The Grand Jury Further Charges That:**

On or about February 19, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, using facilities and means of interstate and foreign commerce, that is, a laptop computer and the internet, did knowingly persuade, induce, entice and coerce, and attempt to persuade, induce, entice, and coerce, Victim 4, a person known to the Grand Jury, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 12
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 19, 2019, in the Western District of New York, the defendant, **STEVEN GASIOREK**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of Victim 4, a person known to the Grand Jury, that had been shipped and transported using any means and facility of interstate and

foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 13
(Production of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 21, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, that is, Victim 5, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and which visual depiction was and would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; which visual depiction was and would be actually transported and transmitted using any means and facility of interstate and foreign commerce; and which visual depiction was and would be actually transported and transmitted in and affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 14
### (Enticement of a Minor)

**The Grand Jury Further Charges That:**

On or about February 21, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, using facilities and means of interstate and foreign commerce, that is, a laptop computer and the internet, did knowingly persuade, induce, entice and coerce, and attempt to persuade, induce, entice and coerce, Victim 5, a person known to the Grand Jury, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 15
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 21, 2019, in the Western District of New York, the defendant, **STEVEN GASIOREK**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of Victim 5, a person known to the Grand Jury, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 16
### (Production of Child Pornography)

**The Grand Jury Further Charges That:**

On or about February 20, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, that is, Victim 6, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce; and which visual depiction was and would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; which visual depiction was and would be actually transported and transmitted using any means and facility of interstate and foreign commerce; and which visual depiction was and would be actually transported and transmitted in and affecting interstate and foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 17
### (Enticement of a Minor)

**The Grand Jury Further Charges That:**

On or about February 20, 2019, in the Western District of New York, and elsewhere, the defendant, **STEVEN GASIOREK**, using facilities and means of interstate and foreign commerce, that is, a laptop computer and the internet, did knowingly persuade, induce, entice

10

and coerce, and attempt to persuade, induce, entice and coerce, Victim 6, a person known to the Grand Jury, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 18
### (Receipt of Child Pornography)

The Grand Jury Further Charges That:

On or about February 20, 2019, in the Western District of New York, the defendant, **STEVEN GASIOREK**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, images of Victim 6, a person known to the Grand Jury, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## FORFEITURE ALLEGATION

The Grand Jury Alleges That:

Upon conviction of any of the offenses alleged in this Indictment, the defendant, **STEVEN GASIOREK**, shall forfeit to the United States any matter which contains any such visual depiction of child pornography, which was produced, transported, mailed, shipped, or received and any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

    a. Gateway laptop computer, Model M-6848, Serial Number GWTC8240J5R.

    b. Simpletech external hard drive, Model Simpledrive, Serial Number 08135340320531357.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1), 2253(a)(3), and 2428(a).**

DATED: Buffalo, New York, May 15, 2019.

                        JAMES P. KENNEDY, JR.
                        United States Attorney

BY:   S/ELIZABETH R. MOELLERING
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5872
       Elizabeth.Moellering@usdoj.gov

A TRUE BILL:

S/FOREPERSON