

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

STEVEN GASIOREK,

           Defendant.

19-CR-105

**SUPERSEDING INFORMATION**
18 U.S.C. §§ 2252A(a)(2)(A) and
2252A(a)(5)(B)

## COUNT 1

**The United States Attorney Charges That:**

On or about the dates set forth below, in the Western District of New York, and elsewhere, the defendant, STEVEN GASIOREK, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), from the victims set forth below and known to the United States Attorney, that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

| VICTIM | DATE |
| --- | --- |
| 1 | On or about February 22, 2019 |
| 2 | On or about February 25, 2019 |
| 3 | On or about February 19, 2019 |
| 4 | From on or about February 17, 2019, to on or about February 19, 2019 |
| 5 | On or about February 21, 2019 |
| 6 | On or about February 20, 2019 |
| 7 | From on or about February 21, 2019, to on or about February 26, 2019 |

**All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).**

## COUNT 2

**The United States Attorney Further Charges That:**

On or about April 16, 2019, in the Western District of New York, and elsewhere, the defendant, STEVEN GASIOREK, did knowingly possess material, that is a Gateway laptop computer and Simpletech external hard drive, which contained images and videos of child pornography from Victims 8 to 29, persons known to the United States Attorney, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

As a result of the offenses alleged in Counts 1 through 2 of this Superseding Information, the defendant, STEVEN GASIOREK, shall forfeit to the United States any matter which contains any such visual depiction of child pornography, which was produced, transported, mailed, shipped, or received and/or any and all property, real and personal, used

2

or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

    a.    One (1) Gateway laptop computer, Model M-6848, Serial Number GWTC8240J5R; and

    b.    One (1) Simpletech external hard drive, Model Simpledrive, Serial Number 08135340320531357.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Buffalo, New York, April 20, 2022.

                                        TRINI E. ROSS
                                        United States Attorney

BY:    _/s/ Aaron J. Mango_
                                        AARON J. MANGO
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Western District of New York
                                        138 Delaware Avenue
                                        Buffalo, New York 14202
                                        (716) 843-5882
                                        aaron.mango@usdoj.gov